[987 NE2d 631, 965 NYS2d 71]

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP, Appellant, v DUANE READE et al., Respondents.

Decided March 26, 2013

APPEARANCES OF COUNSEL

*Kasowitz, Benson, Torres & Friedman, LLP*, New York City (*Aaron H. Marks* of counsel), for appellant.

*McKenna Long & Aldridge, LLP*, New York City (*Charles E. Dorkey, III*, of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The courts below did not err as a matter of law in dismissing the complaint (*see Innophos, Inc. v Rhodia, S.A.*, 10 NY3d 25, 30 [2008]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and RIVERA.